IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR420 |
| | ) | |
| vs. | ) | NOTICE OF GOVERNMENT'S |
| | ) | WITNESS LIST |
| CHRISTOPHER D. BRACKETT, | ) | |
| Defendant. | ) | |

COMES NOW the United States of America and states that it may call the following witnesses in the presentation of its case-in-chief.

1. Andi Hart
2. Hayden Castello
3. Clinton Christy
4. Desiree Fouard
5. Michael Gunias
6. Rachel Hammond
7. Sandy Hammond
8. Roy Howell
9. Colby Resser - Custodian of Records-Cox Communications
10. William Powell - Custodian of Records-Craigslist
11. Patricia Tenorio - Custodian of Records-McKinley Grand Hotel
12. Suzanne Casteel - Custodian of Records – New Cingular Wireless/ AT&T

    Respectfully submitted,

    DEBORAH R. GILG
    United States Attorney

    *s/Michael P. Norris*
    By: MICHAEL P. NORRIS (#17765)
    Assistant U.S. Attorney
    1620 Dodge Street, Suite 1400
    Omaha, Nebraska 68102-1506
    (402) 661-3700

## **CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify that on January 14, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the counsel of record.

                                    *s/ Michael P. Norris*
                                    MICHAEL P. NORRIS
                                    Assistant U.S. Attorney